IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 06-10748

3:05CV2469

JAMES WADE BROWNE

      Plaintiff - Appellant

v.

NATIONAL ASSOCIATION OF SECURITIES DEALERS INC

      Defendant - Appellee

United States Court of Appeals
Fifth Circuit

**FILED**

February 8, 2007

Charles R. Fulbruge III
Clerk

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of February 8, 2007, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _Mary Stewart_
    Mary Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By _Mary Stewart_
New Orleans, Louisiana   FEB 08 2007

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 8, 2007



Ms Karen S Mitchell, Clerk
Northern District of Texas, Dallas
United States District Court
Room 1452
1100 Commerce Street
Dallas, TX 75242

        No. 06-10748 Browne v. Natl Assn Sec Dlrs
             USDC No.  3:05-CV-2469

Enclosed  is  a  certified  copy  of  the  judgment  issued  as  the
mandate.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                        By: _____
                            Mary Stewart, Deputy Clerk
/mcs                        504-310-7694

cc: w/encl:
    Mr Mark A Alexander
    Mr Thomas C McGraw


MDT-1